

ORDERED in the Southern District of Florida on November 18, 2014.

Raymond B. Ray, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

CARMEN C. ADAMES                                            Case No.: 14-11139-RBR
                                                            Chapter 13

     Debtor.
_____/

ORDER GRANTING MOTION TO CONFIRM ABSENCE OF STAY

This case came before the Court, on November 13, 2014, upon the Motion to Confirm Absence of Stay filed by Green Tree Servicing LLC [D.E. 45]. For the reasons stated orally on the record in open court, it is ORDERED:

1. The Motion To Confirm Absence of Stay filed by Green Tree Servicing LLC [D.E. 45] is GRANTED.

2. The automatic stay imposed by 11 U.S.C. §362 is not in effect as to Movant, and it may proceed with foreclosure of its security interest upon the following property:

**Real property at: 6770 Indian Creek Dr., Miami Beach, FL 33141, and more accurately described by its legal description which is:**

```
THE FOLLOWING DESCRIBED PARCEL OF LAND, AND IMPROVEMENTS
AND APPURTENANCES THERETO IN THE COUNTY OF DADE, STATE OF
FLORIDA, TO WIT:

UNIT 12-E, OF AQUASOL, A CONDOMINIUM, ACCORDING TO THE
DECLARATION OF CONDOMINIUM THEREOF, AS RECORDED IN OFFICIAL
RECORDS BOOK 21314, PAGE 4419, OF THE PUBLIC RECORDS OF
MIAMI-DADE COUNTY, FLORIDA, TOGETHER WITH AN UNDIVIDED
INTEREST IN THE COMMON ELEMENTS APPURTENANT THERETO.

ADDRESS: 6770 INDIAN CREEK DR.; MIAMI, FL 331415716   TAX
MAP OR PARCEL ID NO.: 02-3211-068-0640
```

3.  The order granting relief from stay is entered for the sole purpose of allowing Movant complete *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just, and that Movant shall not obtain *in personam* relief against the debtor.

4.  The fourteen (14) day stay period as provided by Rule 4001(a)(3) shall not be waived or reduced.

###

Evan Singer, Attorney is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

This order prepared by:
Evan S. Singer
Timothy D. Padgett, P.A.
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (phone)
(850) 422-2567 (fax)
ess@padgettlaw.net